IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 19 PM 5: 1_

ROBERT R. DI TRIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff,

VS.                               NO. 05-20074-Ma

CURTIS SPRINGER,

    Defendants.

---

ORDER GRANTING MOTION FOR ORDER OF SUBSTITUTION OF COUNSEL

---

    Before the court is the April 15, 2005, motion for order of substitution of counsel. For good cause shown, attorney K. Jayaraman is allowed to withdraw as counsel for defendant.

    It is so ORDERED this 19th day of April, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:05-CR-20074 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

K. Jayaraman
LAW OFFICES OF K. JAYARAMAN
147 Jefferson Avenue
Ste. 804
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT